## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel:   Jana Harris | Reporter: C. Newburg |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: Jason Jordan |
| **BLAKELY LYLE WAHL** | |
| counsel: Omar Greene | |
| counsel: | Date:   October 28, 2008 |
| | CASE NO: 4:05CR00269-01 |

### COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 10:35 a.m.**                                                                                              **End: 10:50 a.m.**

**Court calls cases and reviews to present; Deft admits violations; Court finds violations occurs; statement to Court by parties; revocation granted; 12 months BOP; 1 years SR; deft remanded.**

**Court in recess.**

CourthearingMinutes.Revo.wpd