IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                     4:05CR00269-01-WRW

BLAKELY LYLE WAHL

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is committed to the custody of the Bureau of Prisons for imprisonment for 12 months on each count to run concurrent. The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. A term of supervised release of one (1) year will follow incarceration. During supervised release, the defendant shall participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office. The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 28th day of October, 2008.

                                                /s/Wm. R. Wilson, Jr.
                                  UNITED STATES DISTRICT JUDGE

supvrl.2.Wahl.wpd